In the Matter of the Application to Submit to Arbitration the Claim of ANTHONY CITARELLA, Appellant, v. HUDSON HOMES, INC., Respondent.— Order denying claimant's motion for arbitration affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

In the Matter of the Application of ANDREW FROOKS for an Order Directing CHARLES J. P. DECKER, County Clerk of Westchester County, to Omit the Names of THOMAS A. KENNEY and EDWARD McMANUS for the Office of Candidate for Member of the State Committee in the Third Assembly District, Westchester County, and to Restrain Said County Clerk from Printing Said Names upon the Official Ballot as Candidates for Said Office.— Order denying motion to restrain the county clerk from printing the names of Thomas A. Kenney and Edward McManus on the primary ballot for member of the State committee in the third Assembly district, Westchester county, affirmed. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

In the Matter of Summary Proceedings: AUGUST F. HERRMANN, Respondent, v. MAX MANDELL and ROYAL KWEIT, Appellants.— Order of the County Court of Suffolk county awarding possession of the premises to respondent unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young Seeger and Carswell, JJ.

In the Matter of the Application of WILLIAM SCHNITZPAN for Relief by a Peremptory Order of Mandamus or Otherwise, Respondent, v. JOHN H. VOORHIS and Others, Constituting the Board of Elections, Appellants.— Order modified by providing that the name of William Schnitzpan shall be placed first on the ballot to be voted for as a member of the State committee, to be followed by the names of Ernest C. Wagner and Faith Moore Andrews, which are to be coupled. The petition designating William Schnitzpan was not an individual petition, for it also contained the name of Faith Moore Andrews. Therefore, in determining its place on the ballot his name must be considered as in a group designation, and his position determined by lot as provided by section 103 of the Election Law, although, pursuant to section 108, the name of Faith Moore Andrews is to be printed with that of Ernest C. Wagner, since the petition containing the names of Ernest C. Wagner and Faith Moore Andrews was first filed. As so modified, the order is affirmed, without costs. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

EDWARD KELLY, Respondent, v. HERBERT C. SMITH, etc., Appellant, and MARY SMITH, Defendant.— Order granting motion for a preference reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. While this court will not ordinarily interfere with the discretion of the trial court in the matter of preferences, in light of plaintiff's delay in bringing the action, which delay resulted in the very condition because of which a preference is sought, the motion should not have been granted. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

RAYMOND F. KELLY, Respondent, v. HERBERT C. SMITH, etc., Appellant, and MARY SMITH, Defendant.— Order granting motion for a preference reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon authority of *Kelly* v. *Smith* (*ante*, p. 790), decided herewith. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.